IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FLOYD WILLIS,<br><br>   Plaintiff,<br><br>v.<br><br>LA ASH, LLC, d/b/a ADVENTURE TOURS IN MOTION and JOHN DOES 1-10,<br><br>   Defendants. | CASE NO.:   4:21-CV-00056-WTM-CLR |

## AMENDED COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff Floyd Willis, by and through his undersigned attorney of record, and hereby files this Amended Complaint for Damages, pursuant to Fed. R. Civ. P. 15(a)(1)(B) and Fed. R. Civ. P. 15(a)(2), respectfully showing this Honorable Court the following:

1.

This action was originally filed on February 22, 2021, pursuant to O.C.G.A. § 9-2-61 in in the State Court of Chatham County as a renewal of a prior civil action. On February 25, 2021, Defendants removed this action to this Court. The prior action was filed in the State Court of Chatham County, Civil Action No. STCV 20-01033 and was dismissed without prejudice on November 5, 2020. All costs in the prior action have been paid and this action was filed within 6 months of the dismissal of the prior action.

2.

Defendant La Ash, LLC d/b/a Adventure Tours in Motion (hereinafter "Adventure Tours") is a domestic limited liability company that maintains its principal place of business at 12 West State Street, Savannah, Georgia 31401 subjecting it to the venue and jurisdiction of this Court pursuant to O.C.G.A. § 14-2-510.

3.

Defendant John Does No(s). 1-10, at all times relevant to this Complaint for Damages, was an employee, and/or agent of Defendant Adventure Tours, subjecting him/her to the venue and jurisdiction of this Court as a joint tortfeasor.

4.

Defendant Adventure Tours owns and/or operates the business and premises located at 12 West State Street, Savannah, Georgia (hereinafter "subject premises").

5.

On or about June 26, 2018, on the subject premises, Plaintiff was injured while operating a Segway owned by Defendant Adventure Tours, due to the negligence of the Defendants Adventure Tours and John Does Nos. 1-10. At all times relevant to this Complaint for Damages, Plaintiff was an invitee and customer of Defendant Adventure Tours.

6.

Defendant Adventure Tours was negligent, as pled in ¶5, by providing Plaintiff a dangerous and defective Segway, by failing to properly maintain the subject Segway, by failing to provide sufficient warning of the dangerous condition of the Segway, by failing to inspect and discover the dangerous condition of the Segway, by misrepresenting the dangerous nature of the subject Segway to Plaintiff, by failing to train the Plaintiff how to properly operate the subject Segway, by failing to properly train its employees, and by failing to use ordinary care in preventing

hazardous conditions that injure invitees and customers, and by hiring and retaining an unsafe employee(s), to wit: Defendant John Does Nos. 1-10.

7.

Defendant John Does No(s). 1-10 was negligent, as pled in ¶5, by providing Plaintiff a dangerous and defective Segway, by failing to properly maintain the subject Segway, by failing to provide sufficient warning of the dangerous condition of the Segway, by failing to inspect and discover the dangerous condition of the Segway, by misrepresenting the dangerous nature of the subject Segway to Plaintiff, by failing to train the Plaintiff how to properly operate the subject Segway, and by failing to use ordinary care in preventing hazardous conditions that injure invitees and customers.

8.

As a proximate and foreseeable result of Defendants' negligence, Plaintiff was seriously injured, incurring medical expenses in excess of $225,940.01, as well as lost wages.

9.

In addition to ¶8, Plaintiff has endured and will continue to endure pain and suffering.

10.

Plaintiff has a cause of action against Defendant Adventure Tours for negligence, negligent hiring and retention of an unsafe employee(s), gross negligence, *respondeat superior*, and all other applicable theories of liability.

11.

Plaintiff has a cause of action against Defendant John Does Nos. 1-10 for negligence, gross negligence, and all other applicable theories of liability.

12.

Plaintiff is entitled to recover from Defendants for his past and future medical expenses, lost wages, past and future pain and suffering, and all other Damages permitted by Law.

WHEREFORE, Plaintiff prays that he have a judgment against Defendants in an amount determined by a fair and impartial jury to be adequate and just.

This 7th Day of May 2020.

/s/ Dustin W. Hamilton

Dustin W. Hamilton
GA Bar No. 825725
Attorney for Plaintiff

DOZIER LAW FIRM, LLC
401 Mall Blvd.
Suite 103-E
Savannah GA 31406
(P) 912-239-4395
(F) 912-239-4401
dustin@dozierlaw.com