IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FLOYD WILLIS,<br><br>    Plaintiff,<br><br>v.<br><br>LA ASH, LLC d/b/a ADVENTURE<br>TOURS IN MOTION, and<br>JOHN DOES NOS. 1-10,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION<br>) NO. 4:21-cv-00056-WTM-CLR<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter comes before the Court on Defendant's Motion to Stay Discovery and Other Pretrial Deadlines. Doc. 10. Defendant's Motion seeks an Order staying discovery and all other pre-trial deadlines pending the Court's ruling on its Motion for Judgment on the Pleadings. Doc. 9. Since the Motion to Stay was filed, plaintiff has filed an Amended Complaint, doc. 12, defendant La Ash, LLC has answered, doc. 13, and has renewed its Motion for Judgement on the Pleadings, doc. 14.

The Court has considered the Motion and concludes that good cause has been shown for the Court to stay discovery and pretrial deadlines during the Court's consideration of the Motion for Judgment on the Pleadings. Moreover,

plaintiff has not responded to the motion. Plaintiff's silence is construed as his consent to the motion. *See* S.D. Ga. L. Civ. R. 7.5 ("Failure to respond within the applicable [fourteen-day] time period shall indicate that there is no opposition to a motion."). Accordingly, the Court hereby **GRANTS** the Motion. The Court **STAYS** all discovery and pre-trial deadlines, including obligations to comply with the deadlines for serving initial disclosures or otherwise responding to any discovery requests from the Plaintiff.

Within fourteen days after the disposition of the latter Motion for Judgment on the Pleadings,[1] docs. 9 & 14, if any claims remain pending, the parties are DIRECTED to confer and submit their joint report, in compliance with Federal Rule of Civil Procedure 26(f) and this Court's instructions, doc. 2.

**SO ORDERED** this the 21st day of May, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE

---

[1] If Defendant La Ash, LLC concedes that its Motion for Judgment on the Pleadings as to the original complaint, doc. 9, is mooted by the amendment and its renewed motion, docs. 12 & 14, it should notify the District Judge and withdraw the superfluous motion.