AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Floyd Willis

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV421-56

La Ash, LLC, John Does Nos. 1-10

Defendants,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated March 24, 2022, Defendant's renewed Motion for Judgment on the Pleadings is Granted. Plaintiff's amended complaint against Defendant is Dismissed With Prejudice. This action stands closed.

March 24, 2022            John E. Triplett, Clerk of Court
Date            Clerk

(By) Deputy Clerk

GAS Rev 10/2020